PEPPARD, Respondent, v. DELAWARE, L. & W. R. CO., Appellant.

(Superior Court of New York City, General Term. December 29, 1893.)

Action by John F. Peppard against the Delaware, Lackawanna & Western Railroad Company.
Argued before FREEDMAN and GILDERSLEEVE, JJ.

H. Odell, for appellant.
Wollf & Hodge, for respondent.

PER CURIAM. The substantial questions presented by the appeal in this case have been passed upon in the case of plaintiff's fellow passenger. Toomey v. Same Defendant, 4 Misc. Rep. 392, 24 N. Y. Supp. 108. For the reasons assigned in that case upon which the verdict in favor of the plaintiff was sustained, and there being no new question in the present case which deserves special notice, the judgment and order should be affirmed, with costs.